IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 8 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

ANDREW S. HARDIE                                                                PLAINTIFF

VS.                              No. 15-5207 PKH

STIFEL, NICOLAUS & COMPANY, INC.                                   DEFENDANT

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Stifel, Nicolaus & Company, Inc. gives notice of the removal of this action from the Circuit Court of Benton County, Arkansas, to the United States District Court for the Western District of Arkansas. Removal jurisdiction is based upon the existence of diversity of citizenship, 28 U.S.C. § 1332, and is founded on the following:

1.    This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2.    This case, styled *Andrew S. Hardie v. Stifel, Nicolaus & Company, Inc.*, was filed on August 17, 2015, in the Civil Division of the Benton County, Arkansas, Circuit Court, No. CV15-1205-4.

3.    Defendant was served with the Complaint and Summons on August 24, 2015. Because this Notice of Removal has been filed within thirty (30) days of the service of the Complaint upon Defendant, it is timely under 28 U.S.C. § 1446(b).

4.    Copies of the Summons and Complaint are attached hereto as Exhibit A, these constituting all process, pleadings, and orders served upon Defendant. *See* 28 U.S.C. § 1446(a).

5.  Removal is proper under 28 U.S.C. §§ 1332 and 1441 based on diversity of citizenship.

6.  Plaintiff is a resident of Benton County, Arkansas. *See* Complaint at ¶ 1.

7.  Defendant Stifel, Nicolaus & Company, Inc. is incorporated under the laws of Missouri with its principal place of business in Missouri. It is not now, and was not at the time of the filing of the Petition, a citizen or resident of the State of Arkansas within the meaning of the Acts of Congress relating to the removal of cases. This suit is, therefore, between citizens of different states.

8.  Additionally, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a). Plaintiff specifically and repeatedly alleges that he is entitled to an amount "in excess of that required for federal court jurisdiction in diversity of citizenship cases." Complaint at ¶¶ 21, 26, and 30.

9.  Venue is proper as this Court is assigned to the district and division in which the action is pending in state court. 28 U.S.C. § 83(b)(5).

10. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Filing Notice of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of Benton County, Arkansas, and served on the Plaintiff. A copy of the Notice to State Court of Filing Notice of Removal is attached to this Notice of Removal as Exhibit B.

WHEREFORE, Defendant Stifel, Nicolaus & Company, Inc. gives notice of the removal of this action to this Court from the Circuit Court of Benton County, Arkansas.

*[signature]*

Eva C. Madison (98183)
Brook A. Brewer (2006152)
Littler Mendelson, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, Arkansas 72701
Telephone: 479.582.6100
Fax: 479.582.6111
emadison@littler.com
bbrewer@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served via U.S. Mail, postage prepaid, this 28th day of August, 2015, upon:

Kenneth R. Shemin
Shemin Law Firm, PLLC
3333 Pinnacle Hills Parkway
Suite 603
Rogers, AR  72758

*[signature]*

Firmwide:135587845.1 999999.2271