## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ANDREW S. HARDIE**                      **PLAINTIFF**

**v.**                      **CASE NO. 5:15-CV-5207**

**STIFEL, NICOLAUS & COMPANY, INC.**                   **DEFENDANT**

### MOTION TO DISMISS WITHOUT PREJUDICE

Comes Plaintiff, Andrew S. Hardie (herein referred to as "Hardie") and for his Motion to Dismiss Without Prejudice states:

1. Pursuant to the Order entered by this Honorable Court on September 30, 2015, Hardie respectfully requests that his Motion to Dismiss Without Prejudice be granted.

2. In accordance with the aforementioned Order, Hardie will proceed to arbitration.

WHEREFORE Plaintiff, Andrew S. Hardie respectfully prays for the relief set forth above and for all other proper relief.

                     Respectfully submitted,

                     SHEMIN LAW FIRM, PLLC
                     3333 Pinnacle Hills Parkway
                     Suite 603
                     Rogers, AR 72758
                     Office:      (479) 845-3305
                     Facsimile:      (479) 845-2198
                     Email: ken@sheminlaw.com

By:      /s/ Kenneth R. Shemin
           Kenneth R. Shemin
           Arkansas Bar No. 78138

## CERTIFICATE OF SERVICE

  I, Kenneth R. Shemin, do hereby certify that I have sent via:

   ____ U.S. Mail, postage prepaid
   ____ Hand-delivery
   ____ Facsimile
   XXX Electronic Mail
   ____ Federal Court ECF System to the Clerk of the Court for filing and transmittal of Notice of Electronic Filing to ECF registrants

this 21st day of October, 2015, a true and complete copy of the foregoing attached document to the following individual(s):

  Ms. Eva C. Madison
  *-via electronic mail to emadison@littler.com*

  Ms. Brook A. Brewer
  *-via electronic mail to bbrewer@littler.com*

            /s/ Kenneth R. Shemin
            Kenneth R. Shemin