IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDREW S. HARDIE                                                                                    PLAINTIFF

v.                                        Case No. 5:15-CV-05207

STIFEL, NICOLAUS & COMPANY, INC.                                                    DEFENDANT

## ORDER

Currently before the Court is Plaintiffs' motion to dismiss this case without prejudice (Doc. 13).

Upon due consideration, Plaintiffs' motion (Doc. 13) is GRANTED and Plaintiffs' case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 21st day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE